IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-1041
 ((((((((((((((((

 In Re Akin Gump Strauss Hauer & Feld, Llp, Edward J. Fields, Jr. And
 Spencer B. Young

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is ABATED pursuant to Texas Rule of Appellate
Procedure 7.2. This case is removed from the Court's active docket and
shall be treated as closed, subject to reinstatement upon proper motion or
further order of the Court.
 3. All trial court proceedings in Cause No. 01-04748, styled C-
Span Entertainment, Inc. and Sunil Dharod, in the 192nd District Court of
Dallas County, Texas, are stayed pending further order of this Court.
 4. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rules of Appellate
Procedure 7.2(b).

 Done at the City of Austin, this 3rd day of March, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk